# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

976

CA 12-02091

PRESENT: SCUDDER, P.J., FAHEY, SCONIERS, AND VALENTINO, JJ.

---

JOE ANN MCCALL, PLAINTIFF-RESPONDENT,

V                                                                    ORDER

JOYCE A. SANDERS AND LADEL SANDERS, ALSO KNOWN
AS LYDEL SANDERS, DEFENDANTS-APPELLANTS.

---

LAW OFFICES OF EPSTEIN, GIALLEONARDO & HARTFORD, GETZVILLE (JENNIFER
V. SCHIFFMACHER OF COUNSEL), FOR DEFENDANTS-APPELLANTS.

WALSH, ROBERTS & GRACE, BUFFALO (ROBERT P. GOODWIN OF COUNSEL), FOR
PLAINTIFF-RESPONDENT.

--------------------------------------------------------------------------------

Appeal from an order of the Supreme Court, Niagara County (Catherine Nugent Panepinto, J.), entered August 21, 2012. The order rescinded a general release signed by plaintiff and denied the motion of defendants to dismiss the amended complaint.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.

Entered:  September 27, 2013                    Frances E. Cafarell
                                               Clerk of the Court